S. Goldberg, Defendant in Error, v. Joseph Cohen and
L. Bernstein, Defendants.
L. Bernstein, Plaintiff in Error.

Gen. No. 17,801.

APPEALS AND ERRORS—*delay*. Writ of error *held* sued out for pur-
poses of delay and statutory damages awarded.

Error to the Municipal Court of Chicago; the Hon. HOSEA W.
WELLS, Judge, presiding. Heard in the Branch Appellate Court at
the March term, 1912. Affirmed. Opinion filed May 8, 1913.

LOUIS GREENBERG, for plaintiff in error.

WILLIAM R. BRAND, for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the
court.

This is a suit on an appeal bond. The defendant,
Louis Bernstein, claimed that he did not sign the bond
in question. Whether he did or not was submitted
to a jury, which found the issues for the plaintiff, and
judgment was entered against the defendant, Bern-
stein.

It is assigned as error that the verdict of the jury
is against the weight of the evidence. Upon which
side was the greater weight of evidence depended
upon the judgment of the jury as to the credibility of
the witnesses. We cannot say from anything appear-
ing in the record before us that the jury was in error
in attaching greater weight to the testimony on be-
half of the plaintiff than to that for the defendant.
This court necessarily must be influenced largely by
the conclusion of the jury and trial court as to the
credibility of witnesses.

Defendant in error claims that this writ of error has
been sued out for purposes of delay, and asks that

the judgment herein be affirmed with statutory damages. The original judgment, to secure which the bond in question was given, was entered on February 15, 1906, and the bond itself was dated March 7, 1906. The history of this matter, which it is needless to narrate, convinces us that the contention of the defendant in error is well founded. The judgment will therefore be affirmed and the defendant in error will be awarded statutory damages to the amount of twenty dollars.

*Affirmed.*